CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMY LEE WILLIAMS,<br>Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00344 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | |
| SOUTHWEST VIRGINIA ABINGDON<br>REGIONAL JAIL, ET AL,<br>Defendant(s). | ) ) ) ) | By: Judge Michael F. Urbanski<br>United States District Judge |

Jimmy Lee Williams, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered September 15, 2016, the court directed the plaintiff to pay the filing fee of $400.00 total in full or otherwise respond to this Order within twenty (20) days from the date of the Order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than twenty (20) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __12__ day of October, 2016.

/s/ Michael F. Urbanski
United States District Judge